UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THEODORE LEE LAWTON,

        Petitioner,

v.                              CASE NO. 2:10-cv-10048
                                   HONORABLE GEORGE CARAM STEEH

NICK LUDWICK,

        Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO RE-OPEN THIS CASE AND
DIRECTING RESPONDENT TO FILE AN ANSWER TO THE AMENDED PETITION**

On January 6, 2010, petitioner Theodore Lee Lawton initiated this action by filing

a *pro se* petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254.   After

respondent Nick Ludwick filed an answer to the petition, petitioner moved to hold his

case in abeyance while he exhausted additional state remedies for a new claim that his

right to a public trial was violated.  On September 30, 2010, the Court granted

petitioner's request and closed this case for administrative purposes.  The Court

conditioned its stay on petitioner filing a motion for relief from judgment in the trial court

within sixty days of the Court's order.  The stay was further conditioned on petitioner

filing an amended habeas corpus petition and a motion to re-open this case within sixty

days of exhausting state remedies for his new claim.

Pending before the Court are petitioner's amended habeas corpus petition and

motion to re-open this case.  Petitioner alleges that he has exhausted state remedies for

his new claim and that his amended petition is timely filed.  Accordingly, petitioner's

-1-

motion to re-open this case [Doc. #11] is **GRANTED**.  Respondent is **ORDERED** to file

an answer to the amended petition and any supplemental state court records within **two**

**(2) months** of the date of this order.  Petitioner shall have **forty-five (45) days** from the

date of respondent's answer to file a reply.

Dated:  July 23, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
upon Theodore Lee Lawton #254897, St. Louis Correctional
Facility, 8585 N. Croswell Road, St. Louis MI 48880,  on
July 23, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk

---